Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*
#### Southeastern Division

American General Contractors, Inc.,

                Plaintiff,

   -vs-

General Casualty Company of Wisconsin, a foreign insurance corporation,

                Defendant.

JUDGMENT IN A CIVIL CASE

Case No.   3:10-cv-19

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

## IT IS ORDERED AND ADJUDGED:

General Casualty Company of Wisconsin's motion for summary judgment is granted and American General Contractor's motions for summary judgment or for partial summary judgment are denied. Judgment is entered in favor of General Casualty Company of Wisconsin, and the above-captioned case is dismissed with prejudice.

Date:  July 6, 2011

ROBERT J. ANSLEY, CLERK OF COURT

by:  */s/ Leah Riveland-Foster, Deputy Clerk*